1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARLIN BINGLE,

11          Petitioner,                    No. CIV S-06-0488 FCD KJM P

12      vs.

13   GOVERNOR SCHWARZENEGGER,
     et al.,
14
            Respondents.            ORDER
15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On January 9, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Both

22   parties have filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo  review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

                                          1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed January 9, 2007, are adopted in full;

3   and

4        2.  Respondent's motion to dismiss is granted as to petitioner's claims that he has

5   not been given a fixed primary term under the DSL, his parole hearings have been conducted

6   using more stringent DSL guidelines (which encompasses his ex post facto claim), and his right

7   to equal protection was violated when his equally culpable co-defendant was paroled in 1992,

8   but denied insofar as petitioner claims his sentence violates the Eighth Amendment's narrow

9   proportionality principle.

10  DATED: February 20, 2007.

11

12                                    FRANK C. DAMRELL, JR.

13                                    UNITED STATES DISTRICT JUDGE