IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARLIN BINGLE,

    Petitioner,                                 No. CIV S-06-0488 FCD KJM P

    vs.

GOVERNOR SCHWARZENEGGER, et al.,

    Respondents.                            ORDER

_____/

        On February 21, 2007, the district court adopted this court's findings and recommendations, dismissing most of petitioner's claims, but finding that the petition could proceed on petitioner's Eighth Amendment claim.

        IT IS HEREBY ORDERED that:

        1. Respondents are directed to file an answer to petitioner's Eighth Amendment claim within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases; and

/////

/////

/////

      2. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer. The case will then be submitted for decision.

DATED: May 29, 2007.

U.S. MAGISTRATE JUDGE

2
bing0488.100x2